Law Office of Ernesto F. Aldover
2550 Via Tejon, Suite 3C.,
Palos Verdes Estates, CA 90274

1
2
3
4
5
6

UNITED STATES DISTRIC COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

7
8

9   BRETT TAYLOR, an individual,

10      Plaintiff,

11  vs.

12  ABAD CABRERA, an individual,
    VENECIA INVESTMENTS, INC.,
13  a California Corporation;
    GUADALUPE CASTRO, an
14  individual; ROSA TORRENTE an
    individual; THEME FAMILY
15  LIMITED PARTNERSHIP "A", a
    Nevada Ltd. Partnership;
16  WINSTONE MORTGAGE
    CORPORATION, a California
17  Corporation; CALIFORNIA
    INVESTORS ESCROW, INC., a
18  California corporation; RITAX,
    INC., a California Corporation,
19  MERCHANTS BONDING
    COMPANY, an Iowa Corporation,
20  and DOES 1through 100, inclusive,

21      Defendants.

22

23

    And Related Cross-Complaint

24

**CASE NO.: SACV15-1526 JVS(JCGx)**

**JUDGMENT FOR DEFENDANTS AND ABAD CABRERA AND VENECIA INVESTMENTS INC. AND AGAINST PLAINTIFF BRETT TAYLOR**

**Courtroom 10C**

**Assigned to: Hon. James V. Selna,
Trial Date: June 20, 2017**

The Court having granted Defendants and Cross Complainants Abad Cabrera

25
26  and Venecia Investments, Inc. motion for partial summary judgment against

27
28

-1-

Plaintiff and Cross-Defendant Brett Taylor on August 14, 2017 the Court finds that

THERE IS NO JUST REASON FOR DELAY AND GOOD CAUSE

APPEARING,


IT IS HEREBY ADJUDGED AND ADJUDICATED THAT Defendants and Cross

Complainants Abad Cabrera and Venecia Investments, Inc. are hereby granted

judgment against Plaintiff and Cross-Defendant Brett Taylor on Brett Taylor's

Second Amended Complaint

IT IS FURTHER ORDERED THAT the at the request of Defendants and Cross

Complaints Abad Cabrera and Venecia Investments, Inc., their Counter Claim

against Brett Taylor is hereby dismissed without prejudice.

IT IS FURTHER ORDERED THAT Abad Cabrera and Venecia Investments, Inc.'s

right to file for costs and attorneys' fees has not been waived and may be brought in

compliance with the law.

.


DATED:  April 03, 2018                    _____

                                              Hon. James V. Selna
                                              Judge of the Federal District Court
                                              Central District of California

Law Office of Ernesto F. Aldover
2550 Via Tejon, Suite 3C
Palos Verdes Estates, CA 90274

Approved as to form and content.


AMEZCUA-MOLL & ASSOCIATES, P.C.


By:_____
    Rose Amezcua-Moll, Esq.
    Attorneys for Plaintiff and
    Cross-Defendant Brett Taylor



LAW OFFICE OF ERNESTO F. ALDOVER


By:_____
    Ernesto F. Aldover, Esq.
    Attorneys for Defendant and
    Cross-Complainant Abad Cabrera
    and Venecia Investments, Inc.

JUDGMENT FOR DEFENDANTS AND ABAD CABRERA AND VENECIA INVESTMENTS INC. AND AGAINST
PLAINTIFF BRETT TAYLOR